IM

## UNITED STATES BANKRUPTCY COURT
## FOR THE
## WESTERN DISTRICT OF KENTUCKY

IN RE:  
    DAVID E MARTIN

Case No:  
07-11369

### **CHAPTER 13 TRUSTEE'S MOTION TO REDUCE FEE AWARDED TO COUNSEL**

    Comes the Chapter 13 Trustee, William W. Lawrence, pursuant to 11 U.S.C.330(a)(2) and moves this Court to reduce the attorney fee awarded to counsel for the Debtor by $150.00. In support of this Motion, the Chapter 13 Trustee states as follows:

    The debtor's attorney filed the Schedule of Allowed Claims on May 22, 2008 which stated "see motion to amend O.O.C." on claim #9 filed by ECAST/ Suzuki. On June 13, 2008 and July 7, 2008, the Trustee reminded the attorney that the motion was unfiled. As of today's date there has been no motion to amend the Order of Confirmation filed.

Respectfully submitted:

**/s/WILLIAM W. LAWRENCE**  
WILLIAM W. LAWRENCE, TRUSTEE  
310 Republic Plaza  
200 S. Seventh Street  
Louisville, KY 40202  
(502)581-9042